# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

     Plaintiff

v.

UNITED STATES OF AMERICA,

     Defendant

Case No.: 2:21-cv-01830-APG-BNW

**Order Dismissing Case**

On January 11, 2022, the clerk of court issued a notice directing plaintiff Allstate Fire and Casualty Insurance Company to file proof of service or show good cause why service had not been made. ECF No. 3.  The notice advised Allstate that failure to comply with the order by February 10, 2022 would result in dismissal of this action without prejudice. *Id.*  Allstate did not file proof of service or show good cause why the service deadline should be extended. Consequently, I dismiss this case without prejudice.

I THEREFORE ORDER that plaintiff Allstate Fire and Casualty Insurance Company's claims against defendant United States of America are dismissed without prejudice for failure to timely serve the defendant.  The clerk of court is instructed to close this case.

DATED this 11th day of February, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE